**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.,*[1] | Case No.: 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |
| LUC A. DESPINS, Chapter 11 Trustee, | |
| Plaintiff, | |
| v. | Adv. Pro. No.: 25-05096 (JAM) |
| MONSTAR AIR HEATING & COOLING LLC, Defendant. | |

**ENTRY OF DEFAULT**

On August 15, 2025, Luc A. Despins, in his capacity as the Chapter 11 Trustee ("Trustee") of the Chapter 11 case of Ho Wan Kwok initiated this adversary proceeding by filing a complaint (the "Complaint") against the defendant, MonStar Air Heating & Cooling LLC (the "Defendant").  (ECF No. 1).

On August 18, 2025, a Summons and Notice of Pretrial Conference was issued (the "Summons," ECF No. 2).  Upon proper service made in accordance with Fed. R. Civ. P. 4 and Fed. R. Bankr. P. 7004, the Summons provides that parties served with the Summons and Complaint within a judicial district of the United States have 60 days from service of the Summons to answer or respond to the Complaint and

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

parties served with the Summons and Complaint in a foreign country have 60 days from service of the Summons to answer or respond to the Complaint.

On August 25, 2025, the Plaintiff caused the Defendant to be served with the Summons and Complaint via first-class U.S. Mail and Federal Express overnight delivery to:

MonStar Air Heating & Cooling LLC
Attn: Officer, General Managing Agent
95 County Route 93
New Hampton, NY 10958

(ECF No. 8).

On April 6, 2026, this Court entered an order granting Defendant's counsel's Motion to Withdraw (ECF No. 28). No successor counsel has appeared. The Defendant cannot proceed without counsel because the Defendant is not an individual and must be represented by an attorney. See, Local Bankruptcy Rule 1002-1.

On April 7, 2026, the Trustee filed a Request for Entry of Default as to the Defendant for its failure to properly appear through counsel.  (ECF No. 30).

A review of the docket indicates the Defendant is subject to default for its failure to appear through counsel in this proceeding. Therefore, a default is entered against the Defendant, MonStar Air Heating & Cooling LLC, in accordance with Fed. R. Civ. P. 55(a), as made applicable in this adversary proceeding through Fed. R. Bankr. P. 7055.

Dated: April 9, 2026.

_____
Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov