

# MONSTAR AIR
## HEATING & COOLING, LLC

JOSH DONENKO
95 COUNTY ROUTE 93
NEW HAMPTON, NY 10958
JOSHDONENKO@GMAIL.COM
(201)-522-5996
NJHIC#13VH066222300
NJ MASTER HVACR CONTRACTOR #19HC00508300

APR 13 2026 PM2:48
FILED-USBC-CT-BPT

April 9, 2026

US Bankruptcy Court
915 Lafayette Boulevard
Bridgeport, CT 06604

Re: Adv. Proceeding No. 25-05096

In response to the above proceeding, we respectfully ask to have a stop put on the
default, and request a hearing regarding this matter.

Thank you for your consideration,

Josh Donenko

**MonStar Air Heating & Cooling LLC**
95 County Route 93
New Hampton, NY 10958

CERTIFIED MAIL

9589 0710 5270 3503 0562 12

RDC 99

06604

U.S. POSTAGE PAID
FCM LETTER
NEW HAMPTON, NY 10958
APR 10, 2026

**$10.48**

S2324H500864-91

US Bankruptcy Court
915 Lafayette Boulevard
Bridgeport, CT 06604

06604-477199