# United States Bankruptcy Court

## District of Connecticut

In re:

Ho Wan Kwok, et. al.

Debtor*

Case Number: 22-50073 (JAM)

Chapter: 11

Luc A. Despins
Plaintiff(s)

v.

MonStar Air Heating & Cooling LLC
Defendant(s)

Adversary Proceeding
No: 25-05096 (JAM)

## DEFICIENCY NOTICE REGARDING LETTER REGARDING ENTRY OF DEFAULT

On April 13, 2026, Josh Donenko of MonStar Heating & Cooling, LLC filed a letter regarding the entry of default and requesting a hearing, ECF No. 34, not in compliance with the Federal Rules of Bankruptcy Procedure and this Court's Local Rules of Bankruptcy Procedure, for the reason(s) indicated below:

### D. Conn. Bankr. L. R. 1002-1(c) - Corporation Must be Represented by Counsel

The defendant is a limited liability company and must be represented by counsel. Local Bankruptcy Rule 1002-1(c) states: "A corporation, a partnership including a limited liability partnership, a limited liability company, or any other unincorporated association, or a trust may not file a petition, pleading, document or otherwise appear *without counsel* in any case or proceeding, including any adversary proceeding" See, D. Conn. Bankr. L. R. 1002-1(c).

Failure to cure this deficiency within seven (7) business days from the date of this notice may result in no action being taken regarding the document filed with the Court.

Dated: April 22, 2026

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Pietro Cicolini
Clerk of Court

*For the purposes of this order, "Debtor" means "Debtors" where applicable.

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov