OFFICE OF THE CLERK

**UNITED STATES BANKRUPTCY COURT**

DISTRICT OF CONNECTICUT

UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD

BRIDGEPORT, CONNECTICUT 06604

OFFICIAL BUSINESS



$0.74⁰
US POSTAGE IMI
FIRST-CLASS
FROM 06604
04/22/2026
Stamps.com

MonStar Air Heating & Cooling LLC
95 County Route 93
NEW HAMPTON NY 10958-4406